```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL PERALTA,

      Plaintiff,

 -v.-

SHK HOLDINGS INC., et al.,

      Defendants.
------------------------------------------------------------X

ORDER OF DISCONTINUANCE
19 Civ. 360 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

  This case contains claims under the Fair Labor Standards Act. On December 17, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated January 29, 2020 (Docket # 29), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

  Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

  Any pending motions are moot. The Clerk is requested to close the case.

  SO ORDERED.

Dated: February 6, 2020
   New York, New York

                  _____
                  GABRIEL W. GORENSTEIN
                  United States Magistrate Judge