# MEMORANDUM ENDORSED

## LAW OFFICES OF DANIEL D. KIM
Attorneys at Law
_____
5 Penn Plaza, 23rd Fl.,
New York, New York 10001
Tel. (212) 849-6990 Fax. (646) 349-1732 E-mail: danieldkimlaw@gmail.com

**New Jersey Office**
**416 E. Central Blvd., 2nd Fl.**
**Palisades Park, NJ 07650**

August 4, 2020

Via ECF
Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Peral Street, Courtroom 6B
New York, NY 10007

                    Re: Peralta v. SHK Holdings Inc. and Sung Kim
                    Case No: 1:19 CV 00360 GWG

Dear Your Honor:

    Please be advised that this office represents the defendants in the above-captioned matter.

    Please also be advised that this morning I spoke with Lou Pechman, Esq. and Gianfranco Cuadra, Esq., the plaintiff's counsel, in order to obtain consent to adjourn one cycle of the plaintiff's motion for default against the settlement agreement.

    I respectfully request that this court adjourns the motion for one cycle since I obtained consent from the plaintiffs' counsel, and we are working diligently to resolve the installment payment issue without wasting Your Honor's valuable time. I will be forwarding the copies of tax returns of our individual client to the plaintiffs' counsel, and then we intend to reconvene the settlement discussion so that we can amicably adjust this matter during this pandemic crisis.

    Thank you for your anticipated prompt attention to this matter.

Respectfully submitted,

Law Offices of Daniel D. Kim

*Daniel D. Kim*

_____
By: Daniel D. Kim, Esq.

Denied.  The Court is unfamiliar with a motion "cycle."  In any event, if counsel is seeking to extend the deadlines in the Court's Order of July 29, 2020 (Docket # 34), counsel must file an application that conforms with paragraph 1.E of the Court's Individual Practices.
So Ordered.
Dated: August 4, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge