# LAW OFFICES OF DANIEL D. KIM

Attorneys at Law
_____
5 Penn Plaza, 23rd Fl.,
New York, New York 10001
Tel. (212) 849-6990 Fax. (646) 349-1732 E-mail: danieldkimlaw@gmail.com

**New Jersey Office**
**416 E. Central Blvd., 2nd Fl.**
**Palisades Park, NJ 07650**

August 4, 2020

<u>Via ECF</u>                                               **MEMORANDUM ENDORSEMENT**
Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Peral Street, Courtroom 6B
New York, NY 10007

Re: Peralta v. SHK Holdings Inc. and Sung Kim
Case No: 1:19 CV 00360 GWG

Dear Your Honor:

Pursuant to Your Honor's Individual Rule 1E, please accept this letter as the defendants SHK Holdings Inc. and Sung Kim's request for an extension of deadline to file an Opposition to the plaintiff's motion for default judgment currently scheduled on August 5, 2020. The defendants respectfully request that the deadline to file the Opposition be extended to August 19, 2020. Accordingly, the plaintiff's Reply date should be adjourned to august 26, 2020.

This is the defendants' first request for an extension in this matter, and the plaintiff's attorneys have consented. Inadvertently, we failed to follow Your Honor's Individual Rule 1E in our previous filing earlier today. Thus, we respectfully request that this letter be deemed as the defendants' first request for an extension.

The reason we are seeking an extension is because we want to have a settlement discussion with the plaintiff's attorneys, Lou Pechman, Esq. and Gianfranco Cuadra, Esq. upon their complete review of our individual client's tax returns

Thank you for your anticipated prompt attention to this matter.

|  |  |
|---|---|
| **Application granted.**<br>**So Ordered.**<br><br>_____<br>GABRIEL W. GORENSTEIN<br>United States Magistrate Judge<br>**August 5, 2020** | Respectfully submitted,<br><br>Law Offices of Daniel D. Kim<br><br>*Daniel D. Kim*<br><br>_____<br>By: Daniel D. Kim, Esq. |