```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MIGUEL PERALTA,                                          :
                                                         :
                            Plaintiff,                   :
                                                         :
              -against-                                  :   19 Civ. 360 (GWG)
                                                         :
SHK HOLDINGS INC. d/b/a BATTERY PLACE                    :
MARKET and SUNG KIM,                                     :
                                                         :
                            Defendants.                  :
------------------------------------------------------------------------ X
```

## ORDER AND JUDGMENT OF DEFAULT

**WHEREAS,** by Order dated February 6, 2020 (ECF No. 32), this Court retained jurisdiction over this matter to enforce the Parties' Settlement Agreement and Release (the "Agreement"), pursuant to which the Parties resolved Plaintiffs' wage-and-hour claims against Defendants in exchange for $90,000 (the "Settlement Payment"), which Defendants agreed to pay in fifteen monthly installments beginning in February 2020;

**WHEREAS**, Defendants paid the first two installment payments due in February and March 2020, totaling $25,000, but have not made any further payments, and so $65,000 of the Settlement Payment remains unpaid;

**WHEREAS,** Plaintiff submitted a notice to cure by email to Defendants in May 2020 per Section 1(e) of the Agreement, and Defendants have not cured their default;

**WHEREAS,** per Section 1(e) Agreement, Plaintiff is entitled to acceleration and payment of all remaining unpaid installment payments plus liquidated damages of $15,000 plus his reasonable attorneys' fees and costs incurred in enforcing the Agreement in the event of Defendants' default; and

**WHEREAS,** in his application (ECF No. 33), Plaintiff does not seek recovery of his reasonable attorneys' fees and costs incurred in enforcing the Agreement; rather, he only

requests acceleration and payment of the $65,000 in outstanding installment payments under the Agreement and liquidated damages of $15,000, for a total of $80,000 due to him jointly and severally from Defendants;

**IT IS HEREBY ORDERED** that Defendants have defaulted on their payment obligations under the Agreement following receipt of a notice to cure their default. Accordingly, all outstanding unpaid installment payments under the Agreement, totaling $65,000, are accelerated and owing to Plaintiff plus an additional sum of $15,000 in liquidated damages, for a total of $80,000 due to Plaintiff.

Dated: New York, New York
August 20, 2020

SO ORDERED.

_____
Gabriel W. Gorenstein, U.S.M.J.